UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

---

Carolyn Navarro,

    Plaintiff,

vs.

Windham Professionals, Inc.

    Defendant.

Civil File No. 09-cv-7597 SJO (RCx)

NOTICE OF DISMISSAL

---

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

Dated: December 10, 2009

By s/ Todd M. Friedman
Todd M. Friedman (#216752)
Attorneys for Plaintiff
369 S. Doheny Drive #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 623-0228
tfriedman@attorneysforconsumers.com

1 | Filed electronically on this 10th day of December, 2009, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically via the Court's ECF system to:

5

6 | Windham Professionals, Inc.
Attn: Legal Dept.
7 | 380 Main St
Salem, NH 03079
8

9

10 | s/Todd Friedman
   |   Todd Friedman